<mark>It is so ordered.
The matter is hereby dismissed with prejudice.
*s/Carmen E. Henderson*
4/11/2024</mark>

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. ACUTE CARE SOLUTIONS, LLC, | ) | CASE NO. 5:23-CV-00901 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| v. | ) | |
| | ) | |
| ALLIANT INSURANCE SERVICES, INC., | ) | **JOINT STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, U.S. Acute Care Solutions, LLC ("USACS"), and Defendant, Alliant Insurance Services, Inc. ("Alliant"), stipulate that all claims asserted by USACS against Alliant in this action are to be dismissed with prejudice, each party to bear its own costs. The parties further stipulate that this Court shall retain jurisdiction to adjudicate any disputes relating in any way to the Confidential Settlement Agreement and Release executed by USACS and Alliant in connection with this action.

*/s/ Anthony F. Stringer*
Anthony F. Stringer (0071691)
K. James Sullivan (0074211)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
astringer@calfee.com
kjsullivan@calfee.com